[No. 31441-3-III.   Division Three.   February 12, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN LOPEZ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 11-1-00234-1, Evan E. Sperline, J., entered January 8, 2013. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Korsmo and Fearing, JJ.

[No. 31836-2-III.   Division Three.   February 12, 2015.]

EDWARD C. HVOLBOLL, *Appellant*, v. THE WOLFF COMPANY, *Defendant*, HSC REAL ESTATE, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-2-00019-5, Kathleen M. O'Connor, J., entered June 24, 2013. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Fearing, JJ. Now published at 187 Wn. App. 37.

[No. 31896-6-III.   Division Three.   February 12, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN ALLEN REID, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-1-00039-6, Gregory D. Sypolt, J., entered August 15, 2013. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Fearing, J.

[No. 70294-7-I.   Division One.   February 17, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE SOCORO BAUTISTA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-04662-6, Barbara Linde, J., entered April 5, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Schindler, JJ.